| | |
|---|---|
| DISTRICT COURT, GILPIN COUNTY, COLORADO<br>2960 Dory Hill Road, Suite 200<br>Blackhawk, Colorado  80422<br>(303) 582-5522<br><br>**Plaintiff(s):  JOHN CHEVARRIA & KELLEY CHEVARRIA**<br><br>v.<br><br>**Defendant(s):  GAMING AND LEISURE PROPERTIES, INC; GOLD MERGER SUB, LLC; PINNACLE ENTERTAINMENT, INC. & AMERISTAR CASINO BLACK HAWK, LLC** | ▲ COURT USE ONLY▲ |
| Anthony E. Derwinski (#44408)<br>Ruegsegger Simons & Stern, LLC<br>1700 Lincoln Street, Suite 4500<br>Denver, Colorado 802023<br>aderwinski@rs3legal.com<br>Phone Number:  (303) 575-8026<br>Fax Number: (303) 623-1141<br>*Attorney for Ameristar Casino Black Hawk, LLC* | Case Number:  2020CV30008<br><br>Division: G |
| **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL** | |

PLEASE TAKE NOTICE that on April 22, 2020, Defendant Ameristar Casino Black Hawk, LLC, filed a Notice of Removal of the above-captioned case in the United States District Court for the District of Colorado.  A true and correct copy of the Notice of Removal, without attachments, is attached hereto as **Exhibit A**.

Under 28 U.S.C. § 1446(d), the filing of the Notice of Removal effects the removal of this action and the Court may proceed no further unless and until this case is remanded.

Dated this 22nd day of April, 2020.

1

        Ruegsegger Simons & Stern, LLC

        By: /s/Anthony E. Derwinski  
        Anthony E. Derwinski, #44408  
        *Attorneys for Ameristar*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2020, a true and correct copy of the foregoing was filed and served via CCEF.

/s/Anthony E. Derwinski_____